CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Branden Uhler  2024-0821

**3 : C V - 24 - 1590**

Full Name of Plaintiff     Inmate Number

Civil No. _____
(to be filled in by the Clerk's Office)

v.

CARBONDALE POLICE DEPT.

Name of Defendant 1

( / ) Demand for Jury Trial
( __ ) No Jury Trial Demand

LACKAWANNA County Prison

Name of Defendant 2

OFFICER JESSIE PRUITT

Name of Defendant 3

DR Jihad MALIK (WELLPATH)

Name of Defendant 4

Court OF
LACKAWANNA County Common PLEAS

Name of Defendant 5

(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

**FILED
SCRANTON**

SEP 2 0 2024

Per_____
DEPUTY CLERK

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

/     Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___     Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388
(1971) (federal defendants)

___     Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

## II.   ADDRESSES AND INFORMATION

### A.   PLAINTIFF

UHLER, Branden L

Name (Last, First, MI)

2024-01821

Inmate Number

LACKAWANNA County Prison

Place of Confinement

137 N WASHINGTON AV.

Address

SCRANTON, P.A. 18503 (LACKAWANNA County)

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

_✓_  Pretrial detainee

___  Civilly committed detainee

___  Immigration detainee

___  Convicted and sentenced state prisoner

___  Convicted and sentenced federal prisoner

### B.   DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Police Department, Carbondale

Name (Last, First)

City of Carbondale Police

Current Job Title

1 N main ST

Current Work Address

Carbondale LACKAWANNA, P.A., 18407

City, County, State, Zip Code

Defendant 2:

LACKAWANNA, COUNTY PRISON

Name (Last, First)

PRISON

Current Job Title

1371 N. WASHINGTON AV.

Current Work Address

SCRANTON, LACKAWANNA, P.A. 18503

City, County, State, Zip Code


Defendant 3:

PRUITT, JESSIE

Name (Last, First)

CARBONDALE POLICE OFFICER

Current Job Title

1 N. main ST

Current Work Address

Carbondale, LACKAWANNA, P.A. 18407

City, County, State, Zip Code


Defendant 4:

DR. MALIK, Jihad　　(WELLPATH MEDICAL)

Name (Last, First)

MEDICAL DOCTOR

Current Job Title

LACKAWANNA County Prison 1371 N. WASHINGTON AV.

Current Work Address

SCRANTON, LACKAWANNA, P.A. 18503

City, County, State, Zip Code


Defendant 5:

LACKAWANNA COURT OF Common PLEAS

Name (Last, First)

COURT HOUSE

Current Job Title

200 N. WASHINGTON AV.

Current Work Address

SCRANTON, LACKAWANNA, P.A. 18503

City, County, State, Zip Code

Page 3 of 6

ADDITIONAL DEFENDANTS

CORRECTIONAL OFFICER K. JONES, LAVELLE
JEFFREY POPLOWSKI ESQ
THE HON. JUDGE Michael barrasE
CLERK OF COURTS MAURI B. KELLY
LACKAWANNA County Prison WARDEN BETTI
CARbondale MAYOR BANNON
THE HON. SEAN MCGRAW

WELLPATH MEDICAL SERVICES

## III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

6/7/24 - 6/15/24 - CARBONDALE, P.A.  76. S. Main / IN. main st
6/16/24 - 9/16/24  LACKAWANNA County Prison
1371 N. WASHINGTON AV.

B.    On what date did the events giving rise to your claim(s) occur?

6/7/24 - 6/8/24, 6/10/24, 6/16/24  6/15/24  7/5/24 -
THRU  9/16/24

C.    What are the facts underlying your claim(s)? (For example:  What happened to you? Who did what?)

CARBONDALE  POLICE JESSIE Pruitt, PROFILED, HARRASED, TARGETED. FAISELY ARRESTED, MANUFACTURED EVIDENCE, WRONGFUILY detained, REFUSED ME ACCESS TO A BATHROOM, WHILE LEAVING ME CUFFED TO A BENCH, UNTILL I WAS FORCED TO urinate on THE FLOR AND myself, All POLICE ON DUTY Ignored my PLEAS TO USE THE BATHROOM, I WAS STOPPED, unlawfully, by JESSIE PRUITT (7) TIMES (5) IN ONE WEEK CHARGED IN (4) SEPERATE CASES. JALLED my Phone (20) Times to harrass me. 6/15/24

LACKAWANNA County Prison. REFUSED TO TEST, TREAT or EXAMINE ME FOR OVER 2 months. Dr. Jihad Malik ASKED ME IF I WAS GAY. Then REFUSED ME MEDICAL TREATMENT FOR HEPititus. I've been REFUSED LAW Library/Compu OR Tablet TO PREPARE FOR TRIAL, lOCKED IN isolation, Threatened by STAFF + I.P.P.A. violated. REFUSED SOAP (16) Grievances, APPEALS, And letters to deputy WARDEN REFUSED, OR Ignored, DENIED ACCESS TO FOOD, REFUSED request FOR INFormal resolution Thru SGT, L.T., OR CAPT. AND BEEN sexualy harrassed/propositioNED by STAFF. Nursing ATTEMPTED TO GIVE ME Another INMATES Medication (2) SEPERATE TIMES. Found broken razor blades, hair, plastic, bits of METAL IN MEAL TRAY(s

Page 4 of 6

## IV.   LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes.  However, state what constitutional rights, statutes, or laws you believe were violated by the above actions.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

CARBONDALE. P.D. { FALSE ARREST, ETHNIC INTIMIDATION,
JESSIE Pruitt { HARRASMENT, STAIKING, CRUEL : UNUSUAL PUNISHING
Forgery, Perjury, unsworn Falsification, Tamper with Public
Records, racial Profiling

LACKAWANA County Prison - RIGHT TO DUE PROCESS, 8th AMENDMENT
Cruel ! unusual Punishment, Refusal, DELAY IN TREATMENT, MEDICAL malpractice
RAcial Profiling, ETHNIC INTimidation

LACKAWANNA CaLRT OF Common PLEAS.
ETHNIC INTimidation Forgery of legal document, Perjury,
unsworn falsification, TAMPer with Public records, intimidation
of Witness, DEFAult IN required APPearance

## V.   INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Terror, SEVERE PAIN, Emotional distress, MEntal Anguish, loss of All worldly
Possessions, Progression of Hepititus, loss of Business, DAmage to reputation
MY partner Umiscarried Twins while I WAS LOCKED AWAY

## VI.   RELIEF

State exactly what you want the court to do for you.  For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief.  If you are seeking monetary relief, state your request generally.  Do not request a specific amount of money.

Monitary Compensation For Pain : suffering Emotional distress, Impact
on my health, harm Caused to my business, All DEFENDANTS IN LACK. Co.
court to be DIS-BARRED AND removed From their positions. A FEDEral
oversight commute to investigate carbondale P.D. { LACKAWANNA Co Prison
FIRE JESSIE Pruitt, c/o K. Jones c/o LINECLE. HAVE All Contracts
inspected by the Auditor General OF P.A. CARbondale ! L. C. P.

# III  STATEMENT OF FACTS

C/O K. JONES THREATENED MY LIFE, C/O LAVELLE REFUSED TO PROVIDE ME WITH MY COMPLETE MEAL.

## LACKAWANNA COUNTY COURT OF COMMON PLEAS

Public DEFENDER JEFFREY POPLOWSKI ESQ. LIED, ATTEMPTED TO MANIPULATE, AND DEPRIVE ME OF MY RIGHT TO DUE PROCESS. HE TOLD ME "Dont Hate THE PLAYER HATE THE GAME" AND "THEY ARE going TO DO what they want TO YOU OUT HERE" I WAS REFUSED STAND BY COUNSEL, ADA. Timothy Doughtery Hon. Judge MICHael Barrasse AND Clerk OF COURTS MAURI B. KELLY ENTERED FALSE ACTION IN THE RECORD ON 7/22/24 STATING THAT UHLER (litigant) "WAIVED ARRAINGMENT and Entry OF PLEA" and "NOTICE OF Preliminary hearing" WAS issued THESE FRAUDULENT ENTRIES WERE MADE IN AN ATTEMPT TO Prejudice The litigant and deprive him of his constitutional right to DUE PROCESS, AND TIME BAR PRE TRIAL MOTIONS

## CARBONDALE DISTRICT JUSTICE SEAN MCGRAW

REFUSED ME MY Civil RIGHT TO File A wrongful eviction complaint, And a harrasment complaint against Carbondale P.D. OFFICER J. Pruitt, CARBONDALE MAYOR, Michelle BANNON REFUSED TO TAKE MY complaint

## Hon. Judge Michael BARRASSE.

WHILE I WAS A RESIDENT AT WHITE BIRCH RETREAT Judge BARRASSE HAD SEVERAL MEN FROM TOM LAVELLES HALFWAY HOUSE LABOR AT HIS, HIS SISTERS AND WIFES HOUSE. FOR FREE AS A PERK FOR SENDING "clients" TO WHITE BIRCH RETREAT THRU "DRUG COURT"

## TOM LAVELL: WHITE BIRCH RETREAT

SEE ABOVE: BILLED MEDICARE FOR clinical Drug and Alcohol treatment HOURS THAT I WAS NEVER provided, by a L.C.S.W. I WAS institutionall RAPED WHILE A resident AT WHITE BIRCH RETREAT BY EMPLOYEE JEN WISDAM

Branden Uhler 2024-01821
LACKAWANNA County Prison

9/13/24

Peter J. WELSH
CLERK OF COURTS
UNITED STATES Middle district.

Mr. WELSH,
THANK you FOR SENDING THE DOCUMENTS IN REGARD TO MY PRO-SE - INFORMA PAUPERUS CIVIL CLAIM. I RESPECTFULLY REQUEST (10) U.S. MARSHALL FORM (285), NOTICE OF LAWSUIT AND REQUEST FOR WAIVER, AND WAIVER OF SERVICE OF SUMMONS FORMS. DUE TO THE LARGE NUMBER OF DEFENDANTS IN THIS ACTION.
INCLOSED IS A MOTION FOR THE APPOINTMENT OF COUNSEL, DUE TO THE SCOPE AND complex nature OF THIS CASE, AS WELL AS THE FACT I'm currently IN isolation AND BEING REFUSED ACCESS TO Any legal matterials.
I'm UNSURE OF THE CASE NUMBER, HOWEVER THE Inmate # Associated with Branden Uhler IS 2024-01821, AND untill I have A RESPONCE From your OFFICE, I don't WANT TO ERR, MAKING A MISTAKE AND nullifying my claim, SO I Humbly REQUEST THAT my motion FOR APPOINTMENT OF COUNSEL BE ENTERED INTO THE RECORD NOW AND WHEN A CASE NUMBER IS GENERATED, THE MOTION BE AMENDED.
RESPECTFULLY SUBMITTED,    Branden Uhler

Branden Uhler

LACKAWANNA COUNTY PRISON
NAME Branden Uhler
BOOKING# 2024-01821
P.O. BOX 247
PHOENIX MD 21131

LEHIGH VALLEY PA 180

17 SEP 2024 PM 4 L

★ USA ★ FOREVER ★

CLERK OF COURTS
PETER J. WELSH
RECEIVED UNITED STATES DISTRICT COURT
SCRANTON
235 N WASHINGTON AVE.
BOX 1148
SEP 19 2024
Scranton, PA. 18501

PER _____ DEPUTY CLERK

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

18501-114848

Case 3:24-cv-01590-JFS   Document 1   Filed 09/20/24   Page 9 of 10

LACKAWANNA COUNTY PRISON

NAME _Branden Uhler_

BOOKING# _2024-01821_

P.O. BOX 247

PHOENIX MD 21131

RECEIVED
SCRANTON

SEP 20 2024

PER _DJ_
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINGTON AV.
P.O. BOX 1148
SCRANTON, P.A. 18501

CONTENTS MAILED FROM
CORRECTIONAL FACILITY

★ USA ★ FOREVER ★